UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NED DOCK BLANDING POOLE, JR.,

    Plaintiff,

v.                                                Case No. 3:05-cv-283-J-99-HTS

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____

**O R D E R**

Before the Court is the Report and Recommendation (Doc. No. 6, filed April 15, 2005) entered by the United States Magistrate Judge, recommending that Plaintiff's Motion for Leave to Proceed In Forma Pauperis be denied and that the case be dismissed without prejudice. No objections have been filed.

Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review, the Magistrate Judge's Report and Recommendation is **ADOPTED**, and it is specifically incorporated into this Order. Defendant's Motion (Doc. No. 2) is **DENIED**, and the case is **DISMISSED without prejudice** to the filing of a prepaid complaint. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2005.

                                                        HARVEY E. SCHLESINGER
                                                        United States District Judge

Copies to:
Ned Dock Blanding Poole, Jr., pro se